# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Doris Ruiz,
*also known as* Doris Ruiz-Swanson,

        Petitioner,

v.

Robert Johnson, *DHS ICE ERO*,
Scott Bienecke, *Ice Field Director*,
and Eric Holder, Jr., *U.S. Attorney General*,

        Respondents.

Civil No. 14-cv-1721 (MJD/TNL)

**ORDER**

---

Doris Ruiz, #2014 0000 1879, Carver County Jail, 606 East Fourth Street, Chaska, MN 55318 (Petitioner, pro-se ); and

Ana H. Voss, Bahram Samie and D. Gerald Wilhelm, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 4, 2014 [Docket No. 7], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. The Motion for Temporary Restraining Order and Request for Emergency Hearing [Doc # 2] is **DENIED.**

2. This action is transferred to the Eighth Circuit Court of Appeals.

Date:  June 4, 2014

        s/Michael J. Davis
        The Honorable Michael J. Davis
        Chief United States District Court Judge
        for the District of Minnesota